STATE of Missouri, Respondent,

v.

Dennis GROVER, Appellant.

No. WD 73693.

Missouri Court of Appeals,
Western District.

May 29, 2012.

Alexa I. Pearson, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jayne Woods, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA, Judge, and DALE YOUNGS, Special Judge.

ORDER

PER CURIAM.

Dennis Grover was convicted of selling a controlled substance and sentenced to an eight-year prison term. On appeal, he contends the circuit court erred in admitting a photographic exhibit that the State did not disclose before trial. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).